IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER, | No. 2:06-cv-01883-MCE-EFB P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| R.L. ANDREASEN, M.D., et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On August 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served.  Plaintiff has filed objections to the findings and recommendations.

///

///

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2   this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file,
3   the court finds the findings and recommendations to be supported by the record and by proper
4   analysis.
5       Accordingly, IT IS HEREBY ORDERED that:
6       1.  The findings and recommendations filed August 22, 2008, are adopted in full;
7       2.  Defendants' October 5, 2007, motion for summary judgment is granted; and,
8       3.  The Clerk is directed to close the case.
9       IT IS ORDERED.

Dated:  September 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2